UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christina Hughes,<br><br>    Plaintiff<br>v.<br><br>American Connecting Source, Inc., dba Connections Housing,<br><br>    Defendant | Case No. 2:25-cv-00382-JAD-EJY<br><br>**Order Granting Motion to Remand**<br><br>ECF No. 18 |

Plaintiff Christina Hughes filed this lawsuit against her former employer American Connecting Source, Inc. dba Connections Housing in Nevada state court. Noting that the complaint "purports to assert" federal claims under Title VII of the Civil Rights Act,[1] Connections Housing removed the case to federal court.[2] Hughes has since successfully amended her complaint to remove the federal questions,[3] so she asks this court to remand her case back to state court.[4] The employer affirmatively filed a non-opposition to that request.[5]

Because it appears that the amendment of the complaint to remove the federal claims has deprived this court of jurisdiction to hear this case, IT IS ORDERED that the motion to remand **[ECF No. 18] is GRANTED**; the **Clerk of Court is directed to REMAND** this case back to the

---

[1] 42 U.S.C. § 2000e, et seq.
[2] ECF No. 1 at 2.
[3] ECF No. 16.
[4] ECF No. 18.
[5] ECF No. 21.

Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-911822-C, Department 5, and **CLOSE THIS CASE.** This case returns to state court with no motions pending.

_____
U.S. District Judge Jennifer A. Dorsey
April 14, 2025